FORM A—To be used by a prisoner filing a complaint under the Civil Rights Act, 42 U.S.C. § 1983

8:17cv380

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

Freddie L Willis
_____
_____
_____
(Enter above the full name of
the plaintiff or plaintiffs
in this action.)

v.                                              COMPLAINT

Douglas County Corrections
_____
_____
(Enter above the full name of
the defendant or defendants
in this action, if known.)

(Note: If there is more than one plaintiff, a separate sheet should be attached giving the information in Parts I, II, and III for each plaintiff, by name. Remember, all plaintiffs must sign the complaint.)

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 2017 OCT 12 PM 1:43 OFFICE OF THE CLERK

RECEIVED OCT 12 2017 5 CLERK U.S. DISTRICT COURT

I. A. Place of Present Confinement **Douglas County Corrections**
B. Parties to this civil action:

Please give your commitment name and any other name(s) you have used while incarcerated.

(1) Plaintiff **Freddie Willis** Registr. No. **1216286**
Address **710 South 17th St**

Additional plaintiff's Registr. No. and address:
**4237 meredith AVE**
**Omaha NEB, 68111**

(2) Defendant **Douglas County Correction**
is employed as **Officer** at **Douglas County Corr**

Additional defendant's employment: **N/A**

II. Previous Civil Actions

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ___ No **X**

(1) Title: **N/A**
(Plaintiff)      (v.)      (Defendant)

(2) Date filed **N/A**

(3) Court where filed **N/A**
(specify if the court was state or federal and the level of the court)

(4) Court number and citation **N/A**

(5) Name of judge to whom the case was assigned ___

(6) Basic claim made **N/A**

6

(7) Date of disposition __N/A__

(8) Disposition __N/A__
    (pending) (on appeal) (resolved)

(9) If decided by the court, state whether for plaintiff or defendant __N/A__

(10) Approximate date of filing __N/A__

(11) Approximate date of judgment __N/A__

For additional cases, provide the above information in the same format on a separate page.

B. Have you begun other cases in state or federal courts relating to the conditions of your treatment while in confinement?   Yes ___   No _X_

III. Grievance Procedure

A. Does your institution have an administrative or grievance procedure?   Yes _X_   No ___

B. Did you present the facts relating to your complaint through the administrative or grievance procedure?
   Yes _X_   No ___

C. What was the result? __Nothing WAS DONE__

D. If you did not file a grievance, state the reasons __I did do so__

E. Please attach any responses as exhibits to this complaint.

F. If there is not prisoner grievance procedure at your institution, did you complain to prison authorities?
   Yes _X_   No ___

7

G. If your answer to F is yes,

A. What steps did you take and what was the result? _I wrote Grievance but no actions was tooken_

IV. Jurisdiction

A. Is this complaint brought for a violation of your federal constitutional rights by a person employed by the state, county, or municipal government or acting with such government officials? Yes **X** No ___

If "yes," please state the agency the official(s) is/are employed by or why you believe the defendant(s) was/were acting in conjunction with government officials: _Is the Douglas County Correction_

B. Is this complaint brought for a violation of state or local law? Yes **X** No ___

If so, please specify (without alleging any supporting facts) the state law(s) you believe was/were violated

_State laws was violated_

Is/are the defendant(s) residents of the same state as you? Yes **X** No ___

If not, specify what state _____

8

The Tape is Available
on Aug 15, 2017
Time 1:30 or 2:30

V. Statement of Claim:

(State here as briefly as possible the **FACTS** of your case. You must state exactly what each defendant personally did, or failed to do, that resulted in harm to you, and describe the harm. Include the names of other persons involved (for example, other inmates), dates, and places of all events. If you allege related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet, if necessary. Unrelated claims should be raised in a separate civil action. Do not give legal arguments or cite cases or statutes except in Part B below.

A. I WAS INVOLVED IN a fight at the Douglas County Corrections ON Aug 15, 2017 At 11:45 I WAS Sprayed with MASE 'OC' but the fight WAS over I WAS still Sprayed, but I WAS Placed IN handcuffs right away so the Protocol that should have been done was that after being Sprayed I should have been taken to Medical Unit and rinse off with IN 15min after being Sprayed with MASE 'OC' Sspecialy Since I followed all Instruction after being Sprayed so the decontamination should have been tooken right away but, I was violated by being held IN handcuffs with MASE 'OC' on my Body for 40min burning and my skin is Damage Now I have burns on my arm, Neck, Stomach, and face Permantily Which I did Not have when I came IN to Douglas County Correction they did Not take the right Steps for decontamination.

Chemical Burns

9



I would like a higher person from the C.P.I. $ Suit to go look at the tape my skin is DAMAGE Due to UNprofessional Employees at the Douglas County Correction, look at the Tape And watch how I sat their IN the MASE 'OC' for 40min while my skin burned and Now IS DAMAGE for life Check the Protocol for the right procedures that should be given to a Inmate that is sprayed with mase 'OC' they should be rinse off within 15-20 min Not 40min

Thank

Now I need knew skin due to Unprofessional Worker's at Douglass County Correctional Facility.



B. State briefly your legal theory or cite appropriate authority: The violated my Rights by leaving me IN the chair for 40 min, PAIN, Suffering And Mental Anguish, I'm scared of mase oc Bottles

## VI. Relief

A. Do you request money damages? Yes __X__  No ___

If so,

1. Did you lose any money from this incident? Yes ___  No __X__  If so, how much? _____

2. Did you receive a physical injury? Yes __X__  No ___

3. What other harm did you experience from this incident? My Neck burned, Face burned, Arms Burned, Stomach Burned How that sound

4. State the amount of damages claimed  100,000,000

B. Do you request a jury trial? Yes __X__  No ___

C. State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Grant my money for my Pain Suffering mental Anguish and to get me some knew skin cause I need it  Thank You

11

B. State briefly your legal theory or cite appropriate authority: I WAS Violated by County Officer by being left IN MASE OC for 40min to burn Now skin IS Permantnaly DAMAge

VI. Relief

A. Do you request money damages? Yes X  No ___

If so,

1. Did you lose any money from this incident? Yes ___  No X  If so, how much? ___

2. Did you receive a physical injury? Yes X  No ___

3. What other harm did you experience from this incident? My Neck burned my Arms burned My Stomach burned my Lips burnee

4. State the amount of damages claimed 100,000,000

B. Do you request a jury trial? Yes ☒  No ☒

C. State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Pay me for my PAIN Suffering Mental Anguish SkiN DAMAge

RECEIVED

OCT 12 2017

12

CLERK
U.S. DISTRICT COURT

VII. Request for Appointment of Counsel

    A. Do you want an attorney to represent you in presenting your claim to the court? Yes **X** No ___

    B. Did someone help you in preparing this complaint? Yes ___ No **X** If so, state the person's name (optional)

    _____

    _____

    C. Have you made any efforts to contact a private lawyer to determine if he or she would represent you in this action? Yes **X** No ___

    If so, state the name(s) and address(es) of each lawyer contacted

    *Adam Sipple*

    _____

    If not, state your reasons _____

    _____

    _____

    _____

(Note: This court has no funds with which to pay an attorney for handling this type of case. Because of this, appointments are made only in cases where an attorney is greatly needed and the attorney is willing to take the case without expecting to receive any fee.)

**I declare under penalty of perjury that the forgoing is true and correct.**

Signed this *11* day of *October*, 20*17*.

_____
(Signature(s) of Plaintiff(s))

13

Freddie Willis
Printed Name

( 216286 ) ( 16-5 )
Data #      Module #

Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

RECEIVED

OCT 12 2017

CLERK
U.S. DISTRICT COURT

Clerk of the United States
District Court
111 South 18th Plaza Suite 1152
Omaha, NE 68102-1322

68102-1322